**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **WILMAR ELADIO HERNANDEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-768-KC** |
| | § | |
| **TODD M. LYONS et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  Marlin Marinelvi Mazariegos filed a Petition

for Writ of Habeas Corpus, ECF No. 1, on behalf of her brother, Wilmar Eladio Hernandez.

An "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by

the person for whose relief it is intended or by someone acting in his behalf."  28 U.S.C. § 2242.

But "[c]ourts do not automatically grant 'next friend' status under § 2242 to anyone that seeks to

pursue an action on behalf of a petitioner."  *Romanov ex rel. Romanova v. Frink*, No. 25-cv-

3133, 2025 WL 2162290, at \*2 (S.D. Tex. July 30, 2025) (citing *Whitmore v. Arkansas*, 495 U.S.

149, 163–64 (1990)).  To proceed as "next friend" the individual must establish: (1) "an adequate

explanation such as inaccessibility, mental incompetence, or other disability of why the real

party in interest cannot appear on his own behalf" and (2) that the "next friend" is "truly

dedicated to the best interests of the person" and has "some significant relationship with the real

party in interest."  *Page v. Hogans*, No. 15-cv-597, 2017 WL 11810133, at \*1–2 (S.D. Miss.

Sept. 5, 2017).  "Inability to understand the English language or the situation, particularly in the

case of aliens, impossibility of access to the person, or mental incapacity are all illustrations of

the proper use of the 'next friend' application." *Weber v. Garza*, 570 F.2d 511, 514 n. 4 (5th Cir. 1978).

Here, Mazariegos likely meets the second element, as she has a significant relationship with Hernandez and seeks his release.  As for the first element, Mazariegos states that Hernandez cannot proceed on his own behalf because he "is detained, lacks meaningful access to legal resources and materials, fears retaliation if he files on his own, and faces practical barriers that make self-filing unsafe and ineffective."  Pet. 3.  This, however, is insufficient to allow "next friend" filing.  The Court receives many petitions filed by detainees at the same facility where Hernandez is incarcerated—therefore, the simple fact of his detention, and the practical barriers detention imposes, without more, are insufficient to allow him to proceed through a next friend. Likewise, "fear of retaliation" is equally insufficient because "the same holds true for many if not most other detainees."  *See Manzanares v. Dep't of Homeland Sec.*, No. 26-cv-884, 2026 WL 637342, at *1 (C.D. Cal. Mar. 6, 2026).  And Mazariegos does not provide any information that would demonstrate that Hernandez faces a specific and concrete threat of retaliation that has actually prevented him from filing a petition on his own behalf.  The Court thus exercises its discretion to order a supplemental filing to determine whether Mazariegos may proceed as "next friend" on behalf of Hernandez.  *See Lonchar v. Thomas*, 517 U.S. 314, 325 (1996) (quoting Habeas Rule 4 and citing Habeas Rule 7) (recognizing that district courts have "ample" discretion to "take such other action as the judge deems appropriate" and to "order expansion of the record").

Accordingly, the Court **ORDERS** that, <u>**by no later than April 9, 2026**</u>, either:

(1)  Mazariegos must **FILE** written notice detailing why Hernandez cannot proceed with this petition for a writ of habeas corpus on his own behalf, or

(2) Hernandez must **FILE** written notice expressing his intent to proceed with this

petition pro se.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send this Order to both

Mazariegos and Hernandez via certified and regular mail at the following addresses:

Marlin Marinelvi Mazariegos
141 Highland Ave.
Auburndale, FL 33823

Wilmar Eladio Hernandez
A-208-262-567
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

**SO ORDERED**.

**SIGNED this 20th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

3